UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
___________ DIVISION
CIVIL FILE NO. 00-1942DSD/JMM

---

Michael Zwicki and Roxanne Zwicki, husband and wife,

Plaintiffs,

v.

Superior Machine Co. of South Carolina,

Defendant.

Judge: DSD
Magistrate: JMM

**STIPULATION TO MODIFY SCHEDULING ORDER** and ORDER

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to this proceeding, by and through their respective counsel, that Plaintiffs herein may request the Court to extend the deadline for adding parties from December 15, 2000, to January 15, 2000. It is understood and agreed that this Stipulation and the proposed Order may be shown to the Court for leave to so amend.

Date: 11/28/00

John F. Angell
John F. Angell (Minn. Atty. 2768)
STICH, ANGELL, KREIDLER, BROWNSON & BALLOU, P.A.
250 Second Avenue South, Suite 120
Minneapolis, MN 55401-4539
612/ 305-4539
Attorneys for Defendant

Date: 11/29/00

Mark R. Kosieradzki (Minn. Atty. 57745)
KOSIERADZKI LAW FIRM
13100 Wayzata Boulevard, Suite 140
Minnetonka, MN 55305
763/ 545-7600
Attorney for Plaintiffs

DEC 05 2000

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
___________ DIVISION
CIVIL FILE NO. 00-1942DSD/JMM

---

Michael Zwicki and Roxanne Zwicki, husband and wife,

Plaintiffs,

v.

Superior Machine Co. of South Carolina,

Defendant.

Judge: DSD
Magistrate: JMM

**ORDER EXTENDING DEADLINE TO ADD PARTIES**

---

Based upon the Stipulation of the parties and the Court being fully advised, **IT IS HEREBY ORDERED:**

That the deadline for adding parties be amended from December 15, 2000, to January 15, 2000.

DATED: 12/5/00

BY THE COURT:

The Hon. John M. Mason
Magistrate Judge