UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
__________ DIVISION
CIVIL FILE NO. 00-1942DSD/JMM

---

Michael Zwicki and Roxanne Zwicki, husband and wife,

Plaintiffs,

v.

Superior Machine Co. of South Carolina,

Defendant.

Judge: DSD
Magistrate: JMM

**STIPULATION AND ORDER TO AMEND THE COMPLAINT**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to this proceeding, by and through their respective counsel, that Plaintiffs herein may amend their Complaint to add additional defendants, without the necessity of serving a formal motion. It is understood and agreed that a copy of this Stipulation and the proposed Order may be shown to the Court for leave to so amend.

Date: 11/28/00

John F. Angell

John F. Angell (Minn. Atty. 2768)
STICH, ANGELL, KREIDLER, BROWNSON & BALLOU, P.A.
250 Second Avenue South, Suite 120
Minneapolis, MN 55401-4539
612/ 305-4539
Attorneys for Defendant

Date: 11/29/00

Mark R. Kosieradzki (Minn. Atty. 57745)
KOSIERADZKI LAW FIRM
13100 Wayzata Boulevard, Suite 140
Minnetonka, MN 55305
763/ 545-7600
Attorney for Plaintiffs

FILED DEC 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD __________
DEPUTY CLERK __________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
___________ DIVISION
CIVIL FILE NO. 00-1942DSD/JMM

---

Michael Zwicki and Roxanne Zwicki, husband and wife,

Plaintiffs,

v.

Superior Machine Co. of South Carolina,

Defendant.

Judge: DSD
Magistrate: JMM

**ORDER ALLOWING PLAINTIFFS' TO AMEND COMPLAINT**

---

Based upon the Stipulation of the parties and the Court being fully advised, **IT IS HEREBY ORDERED:**

That, Plaintiffs be granted leave to amend their Complaint to add their claims against Voest-Alpine Industries, Inc.; Voest-Alpine Industrieanlagenbau, GmbH; and Deutsche Voest-Alpine Industrieanlagenbau, GmbH.

DATED: 12/5/00

BY THE COURT:

The Hon. John M. Mason
Magistrate Judge