UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
___________ DIVISION
CIVIL FILE NO. 00-1942DSD/JMM

---

Michael Zwicki and Roxanne Zwicki, husband and wife,

Plaintiffs,

v.

Superior Machine Co. of South Carolina, Voest-Alpine Industries, Inc., Voest-Alpine Industrieanlagenbau, Ges.m.b.H., and Deutsche Voest-Alpine Industrieanlagenbau, G.m.b.H.,

Defendants.

Judge: DSD
Magistrate: JMM

**ORDER TO APPOINT SPECIAL PROCESS SERVER**

IT IS HEREBY ORDERED,

That APS International, Ltd. is authorized to effect service of process on defendant, Deutsche Voest-Alpine Industrieanlagenbau, G.m.b.H., in Germany in accordance with the Hague Convention and international law.

Dated: 12/14/00

Judge

12-15-00