UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
___________ DIVISION
CIVIL FILE NO. 00-1942DSD/JMM

---

Michael Zwicki and Roxanne Zwicki, husband and wife,

Plaintiffs,

v.

Superior Machine Co. of South Carolina, Voest-Alpine Industries, Inc., Voest-Alpine Industrieanlagenbau, Ges.m.b.H., and Deutsche Voest-Alpine Industrieanlagenbau, G.m.b.H.,

Defendants.

Judge: DSD
Magistrate: JMM

**ENTRY OF DEFAULT PURSUANT TO FED.R.CIV.P. 55(a)**

---

It appearing that the defendants Voest-Alpine Industries, Inc., Voest-Alpine Industrieanlagenbau, Ges.m.b.H., and Deutsche Voest-Alpine Industrieanlagenbau, G.m.b.H., are in default for failure to plead or defend as required by law.

Default is entered against the defendants Voest-Alpine Industries, Inc., Voest-Alpine Industrieanlagenbau, Ges.m.b.H., and Deutsche Voest-Alpine Industrieanlagenbau, G.m.b.H., on JAN 18 2001.

Dated: JAN 18 2001

Deputy Clerk of Court
United States District Court
District of Minnesota

(15)