UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael Zwicki and Roxanne Zwicki, husband and wife,

Plaintiffs,

vs.

Superior Machine Co. of South Carolina, Voest-Alpine Industries, Inc., Voest-Alpine Industrieanlagenbau Ges.m.b.H. and Deutsche Voest-Alpine Industrieanlagenbau, GmbH,

Defendants.

---

Voest-Alpine Industries, Inc., Voest-Alpine Industrieanlagenbau Ges.m.b.H. and Deutsche Voest-Alpine Industrieanlagenbau, GmbH,

Third-Party Plaintiffs,

vs.

North Star Steel, Incorporated,

Third-Party Defendant.

---

North Star Steel, Incorporated,

Counterclaimant,

vs.

Voest-Alpine Industries, Inc., Voest-Alpine Industricanlagenbau Ges.m.b.H. and Deutsche Voest-Alpine Industrieanlagenbau, GmbH,

Counterdefendants.

Civil File No. 00-1942
Judge: DSD
Magistrate: JMM

**ORDER**

---

FILED 1-7-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

This court grants third-party plaintiff Voest-Alpine's motion for leave to file notice of additional authorities, in connection with third-party defendant North Star Steel's motion to dismiss.

UNITED STATES DISTRICT COURT JUDGE

1/7/02

DATED