UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL ZWICKI and ROXANNE ZWICKI, Husband and Wife,

CIVIL NO. 00-1942 (DSD/JMM)

Plaintiffs,

v.

ORDER

SUPERIOR MACHINE CO. OF SOUTH CAROLINA, et al.,

Defendants,

and

NORTH STAR STEEL, INCORPORATED,

Third-Party Defendant.

The above matter came on for hearing before the undersigned on February 1, 2002 upon Defendant Voest-Alpine Industrienlagenbau and Defendant Deutsche Voest-Alpine Industrieanlagenbau, G.M.B.H.'s Expedited Motion to Extend the Pretrial Scheduling Order [Docket No. 67]. Mark R. Kosieradzki, Esq. appeared on behalf of Plaintiffs; John F. Angell, Esq. appeared on behalf of Defendant Superior Machine Co. of South Carolina; Jeffrey F. Shaw, Esq. appeared on behalf of Defendant Voest-Alpine Industrienlagenbau; Jeffrey W. Gunn, Esq. appeared on behalf of Defendant Deutsche Voest-Alpine Industrieanlagenbau, G.M.B.H.; and Louis R. Tilton, Esq. appeared on behalf of Third-Party Defendant North Star Steel Company.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

FILED FEB 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

IT IS HEREBY ORDERED that Defendant Voest-Alpine Industrienlagenbau and Defendant Deutsche Voest-Alpine Industrieanlagenbau, G.M.B.H.'s Expedited Motion to Extend the Pretrial Scheduling Order [Docket No. 67] is granted in part and denied in part as follows:

1. The Motion is granted only in part: The depositions of North Star Steel to be taken pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure may be concluded promptly, at times, dates and places mutually agreed upon by counsel.

2. The Motion is denied in all other respects, except that the Motion is denied without prejudice to the right to renew the Motion as to specific discovery which may be occasioned by a review of the North Star Steel file, if said review is permitted by the District Court.

Dated: February 4, 2002

JOHN M. MASON
United States Magistrate Judge