UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1942(DSD/JMM)

Michael Zwicki and Roxanne Zwicki, husband and wife,

Plaintiffs,

v.

**ORDER**

Superior Machine Co. of South Carolina,

Defendant,

and

Voest-Alpine Industries, Inc., Voest-Alpine Industrieanlagenbau, Ges.m.b.H, and Deutsche Voest-Alpine Industrieanlagenbau, GmbH,

Defendants,

and

Deutsche Voest-Alpine Industrieanlagenbau, GmbH,

Third-Party Plaintiff,

v.

North Star Steel, Incorporated,

Third-Party Defendant.

This matter is before the court on the objections of North Star Steel Company ("North Star") to the order of Magistrate Judge John M. Mason dated January 8, 2002 [Doc. No. 63] and on the motion of defendants Voest-Alpine for leave to intervene. In that order,

FILED 2-27-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

the magistrate judge ordered North Star to produce certain documents, photographs and videos pertaining to an investigation conducted by North Star of a work-place accident that is now the basis of the underlying litigation in this matter.

In a separate order of this court dated February 1, 2002, third-party defendant North Star was dismissed as a party to this lawsuit after the court determined that under Minn. Stat. § 176.061, subd. 11, North Star had the right to "waive and walk." Accordingly, since North Star is no longer a party to the present action, the court dismisses this appeal without prejudice and remands the matter to the magistrate judge to reconsider his order dated January 8, 2002, in light of the change in the status of the parties. For the same reasons, the court denies Voest-Alpine's motion for leave to intervene.

Thus, **IT IS HEREBY ORDERED** that:

1. North Star's appeal [Doc. No. 65] of the magistrate's order is dismissed without prejudice;

2. The January 8, 2002 order of the magistrate judge [Doc. No. 63] is remanded; and

3. Voest-Alpine's motion for leave to intervene [Doc. No. 77] is denied.

Dated: February 27, 2002

David S. Doty, Judge
United States District Court