UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL ZWICKI and ROXANNE ZWICKI, Husband and Wife,

Plaintiffs,

v.

SUPERIOR MACHINE CO. OF SOUTH CAROLINA; VOEST-ALPINE INDUS.; VOEST-ALPINE INDUSTRIEANLAGENBAU; GES.M.B.H.; and DEUTSCHE VOEST-ALPINE INDUSTRIEANLAGENBAU, G.M.B.H.,

Defendants.

CIVIL NO. 00-1942 (DSD/JMM)

ORDER

The Order of this Court dated January 8, 2002 [Docket No. 63] has been remanded for reconsideration in light of altered procedural circumstances.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendants' Voest-Alpine Indus. and Deutsche Voest-Alpine's Motion to Compel North Star Steel to Produce Discovery scheduled before the undersigned on March 4, 2002 is canceled.

2. If any person or party desires to submit pleadings in support of the obligation of North Star Steel, Incorporated to comply with the January 8 2002 Order, it shall deliver and file same no later than March 7, 2002,

FILED FEB 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

3. Any person or party desiring to submit pleadings in opposition to the obligation of North Star Steel, Incorporated to comply with said Order shall deliver and file same no later than March 14, 2002.

4. A copy of this Order, and of all pleadings filed in response to paragraphs 2 and 3 thereof shall also be delivered to North Star Steel, Incorporated. This may be done by serving counsel who appeared herein on behalf of North Star Steel.

5. Oral argument is scheduled before the undersigned on March 18, 2002 at 11:00 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota. Defendants Voest-Alpine Indus. and Deutsche Voest-Alpine's Motion to Compel North Star Steel to Produce Discovery [Docket No. 81] will be heard at the same time.

Dated: February 28, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

While still a party to this action, North Star Steel, Incorporated received discovery requests. It objected to providing certain discovery. After a hearing, this Court ordered that North Star provide certain of the discovery requested. North Star appealed from the Order of this Court dated January 8, 2002. While that appeal was under consideration, North Star was dismissed as a party. The District Court has remanded that

Order to this Court for reconsideration. In addition, there is pending before this Court the Motion of Defendants Voest-Alpine Indus. and Deutsche Voest-Alpine to Compel North Star Steel to provide discovery, which had been scheduled to be heard on March 4, 2002. Briefing on the Motion to Compel [Docket No. 81] has been completed. The Court will combine the hearings.

Among the issues now presented is whether the Court any longer has jurisdiction to compel any discovery from non-party North Star, in the absence of a subpoena or other procedural action by the parties in this litigation.

J.M.M.