UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL ZWICKI and ROXANNE ZWICKI, Husband and Wife,

CIVIL NO. 00-1942 (DSD/JMM)

Plaintiffs,

v.

ORDER

SUPERIOR MACHINE CO. OF SOUTH CAROLINA; VOEST-ALPINE INDUS.; VOEST-ALPINE INDUSTRIEANLAGENBAU GES.M.B.H.; and DEUTSCHE VOEST-ALPINE INDUSTRIEANLAGENBAU, G.M.B.H.,

Defendants.

The above matter came on for hearing before the undersigned on March 18, 2002 upon remand from the District Court concerning the appeal from this Court's Order of January 8, 2002 [Docket No. 65], and Defendants Voest-Alpine Indus. and Deutsche Voest-Alpine Industrieanlagenbau, G.m.b.H.'s Motion to Compel North Star Steel to Produce Discovery [Docket No. 81]. Thereafter, Defendant Voest-Alpine's Emergency or Expedited Motion to Compel North Start Steel Pursuant to Rule 45(c)(2)(B) was filed [Docket No. 96]. Joel E. Smith, Esq. appeared on behalf of Plaintiffs; John F. Angell, Esq. appeared on behalf of Defendant Superior Machine Co. of South Carolina; Jeffrey W. Gunn, Esq. appeared on behalf of Defendants Voest-Alpine Indus. and Deutsche Voest-Alpine Industrieanlagenbau, G.m.b.H.; Jeffrey F. Shaw, Esq. appeared on behalf of Defendant Voest-Alpine Industrieanlagenbau, G.m.b.H.; and Jeffrey J. Lindquist, Esq. appeared on behalf of non-party North Star Steel Company.

MAR 2 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The Appeal from the Order of January 8, 2002 [Docket No. 65] is withdrawn, without prejudice to the merits of the issues raised on appeal;

2. Defendants Voest-Alpine Indus. and Deutsche Voest-Alpine Industrieanlagenbau, G.m.b.H.'s Motion to Compel North Star Steel to Produce Discovery [Docket No. 81] is withdrawn, except with respect to the Rule 36 Requests for Admissions; and

3. The Parties agree that the Court may consider Defendant Voest-Alpine's Emergency or Expedited Motion to Compel North Start Steel Pursuant to Rule 45(c)(2)(B) [Docket No. 96] and the Motion with respect to the Rule 36 Requests for Admissions [Docket No. 81] based upon oral argument held on March 18, 2002, the written submissions heretofore filed, and the following additional written submissions:

a. March 26, 2002 - Memoranda in opposition may be filed;

b. March 27, 2002 - Reply Memoranda may be filed.

Dated: March 20, 2002

JOHN M. MASON
United States Magistrate Judge