**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CIVIL CASE NUMBER: 00-1942 (DSD/JMM)

---

MICHAEL ZWICKI and ROXANNE ZWICKI, husband and wife,

Plaintiffs,

v.

SUPERIOR MACHINE CO. OF SOUTH CAROLINA, VOEST-ALPINE INDUSTRIES, INC., VOEST-ALPINE INDUSTRIEANLAGENBAU GES.M.B.H., AND DEUTSCHE VOEST-ALPINE INDUSTRIEANLAGENBAU G.M.B.H.,

Defendants.

---

**ORDER GRANTING NORTH STAR STEEL COMPANY'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF**

---

**WHEREAS**, in its Reply Memorandum in support of its Emergency or Expedited Motion to Compel, Defendant Voest-Alpine raised certain new matters which should have, but were not, raised in its initial Memorandum; and

**WHEREAS**, Defendant Voest-Alpine acknowledges that non-party North Star Steel should have an opportunity to respond to the new arguments; and

**WHEREAS**, North Star Steel has filed a motion seeking leave to file a Sur-Reply Brief, and the court finds good cause for the motion;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Non-party North Star Steel Company's Motion to File a Sur-Reply Brief is **GRANTED**.

FILED APR 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2. The Sur-Reply Brief shall not exceed five pages, and shall be served or filed on or before Tuesday, April 2, 2002. Upon receipt of North Star Steel's Sur-Reply Brief, the record pertaining to this motion shall be closed, and no further pleadings shall be accepted.

Dated: 4/4/02

BY THE COURT:

Magistrate Judge John Mason