UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL ZWICKI and ROXANNE ZWICKI, Husband and Wife,

Plaintiffs,

v.

SUPERIOR MACHINE CO. OF SOUTH CAROLINA; VOEST-ALPINE INDUS.; VOEST-ALPINE INDUSTRIEANLAGENBAU GES.M.B.H.; and DEUTSCHE VOEST-ALPINE INDUSTRIEANLAGENBAU, G.M.B.H.,

Defendants.

CIVIL NO. 00-1942 (DSD/JMM)

ORDER

The above matter is before the undersigned upon the letter of May 9, 2002 from counsel for Defendant Voest-Alpine, and its Motion for Reconsideration and/or Clarification of the Order Dated May 8, 2002. The Court will treat this as a Request under Local Rule 7(g).

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The letter request for permission to make a Motion to Reconsider is granted, limited to these issues:

a. Whether North Star Steel may assert a privilege as to any documents by reason of its dismissal from this litigation or other particular procedural circumstances; and

MAY 15 2002
FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

b. Whether the 15-page Report and Appendix Three thereto should be produced even if privileged, on grounds that such information is necessary to a fair adjudication in this case, and because such information cannot otherwise be obtained.

2. The briefing of the Motion shall be according to the following schedule:

a. No later than May 22, 2002, Defendant Voest Alpine may file its Motion and proposed order, supported with a Memorandum not exceeding 10 pages in length, which is complete in itself, and which does not incorporate other material by reference;

b. No later than May 31, 2002, North Star Steel may respond with a Memorandum not exceeding 10 pages in length, which is complete in itself, and which does not incorporate other material by reference; and

c. No later than June 5, 2002, Voest-Alpine may Reply with a Memorandum not exceeding 3 pages in length, which is complete in itself, and which does not incorporate other material by reference.

Dated: May 15, 2002

JOHN M. MASON
United States Magistrate Judge