# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael Zwicki and Roxanne Zwicki,
husband and Wife

Case No. Civil 00-1942 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Superior Machine Co. of South Carolina, et al

and

Deutsche Voest-Alpine Industrieanlagenbau, GmbH,
Third-Party Plaintiff,

vs.

North Star Steel, Inc. (Third-Party Defendant)

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Final judgment is hereby entered pursuant to the Court's Order dated February 1, 2000 regarding Third-Party Defendant, North Star Steel Incorporated.

DATE: July 23, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

149