**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Michael Zwicki and Roxanne Zwicki, husband and wife,

Plaintiffs,

v.

Superior Machine Co. of South Carolina, Voest-Alpine Industries, Inc., Voest-Alpine Industrieanlagenbau, Ges.m.b.H., and Deutsche Voest-Alpine Industrieanlagenbau, G.m.b.H.,

Defendants.

CIVIL FILE NO. 00-1942DSD/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE, ORDER FOR JUDGMENT AND JUDGMENT OF DISMISSAL**

---

IT IS HEREBY STIPULATED, by the parties through their respective counsel, that the above-captioned case be dismissed with prejudice, and without costs or disbursements to any of the parties.

IT IS HEREBY STIPULATED, that with further notice the Clerk of the above-named Court may enter a judgment of dismissal with prejudice and without costs or disbursements to any of the parties.

DATED: Oct 24, 2002

Mark R. Kosieradzki (ID #57745)
**KOSIERADZKI LAW FIRM**
13100 Wayzata Boulevard, Suite 140
Minnetonka, MN 55305
952/ 545-7600
Attorney for Plaintiffs

FILED 11-8-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: 10-24-02

Joel E. Smith (ID #213184)
**JOEL SMITH LAW OFFICE**
13100 Wayzata Boulevard, Suite 14C
Minnetonka, MN 55305
952/545-1010
Attorney for Plaintiffs

DATE: 10-30-02

Joesph N. Stella
Jeffrey W. Gunn
**MORRIS & STELLA**
200 West Adams, Suite 1200
Chicago, IL 60606
(312) 782-2345
Attorney for Defendants

DATE: 11-1-02

Steve Gaskins
Patrick Martin
**FLYNN & GASKINS**
2900 Metropolitan Center
333 South Sixth Street
Minneapolis, MN 55402
(612)333-9500
Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Michael Zwicki and Roxanne Zwicki, husband and wife,

CIVIL FILE NO. 00-1942DSD/SRN

Plaintiffs,

v.

Superior Machine Co. of South Carolina, Voest-Alpine Industries, Inc., Voest-Alpine Industrieanlagenbau, Ges.m.b.H., and Deutsche Voest-Alpine Industrieanlagenbau, G.m.b.H.,

**ORDER**

Defendants.

Upon the foregoing Stipulation,

IT IS HEREBY ORDERED, that the Court Administrator be, and hereby is, ordered to dismiss with prejudice, and without costs or disbursements to any of the parties.

Dated this 7th day of November, 2002

Honorable David S. Doty
JUDGE OF UNITED STATES DISTRICT COURT

FILED 11-8-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 11-8-02
DEPUTY CLERK