# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael Zwicki and Roxanne Zwicki,
husband and wife,

Case No. Civil00-1942 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Superior Machine Co. of South Carolina,
Voest-Alpine Industries, Inc., Voest-Alpine
Industrieanlagenbau, Ges.m.b.H., and
Deutsche Voest-Alpine Industrieanlagenbau,
G.m.b.H.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

This action is dismissed with prejudice and without costs or disbursements to any of the parties.

DATE: November 8, 2002

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

161